**JS-6**

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LIANG LIANG,<br>Petitioner,<br>v.<br>MARKWAYNE MULLIN, et al.,<br>Respondents. | CASE NO. 5:26-cv-06357-SK<br>**JUDGMENT (BOND HEARING)**<br><br>A-File No. 240-789-773 |

In accordance with the Order Granting Petition in Part, IT IS ADJUDGED that Petitioner LIANG LIANG (A# 240-789-773) is to be released from ICE custody no later than 7 days from the court's Order, unless she is provided a prompt custody redetermination hearing before an immigration judge under 8 U.S.C. § 1226(a) and 8 C.F.R. § 236.1(d)(1). *See Rodriguez Vazquez v. Bostock*, 183 F.4th 1160, 1167 (9th Cir. 2026).

DATED: October 27, 2026

HON. STEVE KIM
United States Magistrate Judge